

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-18-01128-CR |
| Trial Court Cause Number: | 17-CR-0916 |
| Style: | Lonnie Gene Kinnett |
| | **v.** The State of Texas |
| Date motion filed*: | December 9, 2019 |
| Type of motion: | Motion to Exceed Brief Word Limit |
| Party filing motion: | State |
| Document to be filed: | Appellee's Brief |

Is appeal accelerated? ☐ YES ☒ NO

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: <u>Evelyn V. Keyes</u>
        ☒ Acting individually    ☐ Acting for the Court

Date: <u>December 12, 2019</u>